IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 06 43 T
:
v. : CR No.
: Violation of 18 U.S.C. § 1344
FRANKLIN LORA :

**INFORMATION**

**COUNT I**

**Introduction**

The United States Attorney charges:

1. The defendant, FRANKLIN LORA, was a resident of Rhode Island.

2. Domestic Bank was a financial institution with its principal place of business located in Cranston, Rhode Island, the deposits of which were federally insured.

3. The Rhode Island State Employees Credit Union was a financial institution with its principal place of business located in Providence, Rhode Island, the deposits of which were federally insured.

**Scheme and Artifice to Defraud**

4. Between on or about March 12, 2002, and July 8, 2003, in the District of Rhode Island and elsewhere, the defendant, FRANKLIN LORA, devised a scheme and artifice to defraud Domestic Bank and the Rhode Island State Employees Credit Union, and to obtain monies and funds in the total amount of $80,245.37, owned by and under the custody and control of Domestic Bank and the

Rhode Island State Employees Credit Union, by means of false and fraudulent pretenses, representations, and promises.

**Object of the Scheme and Artifice**

5. It was the object of the scheme and artifice to obtain approximately $80,245.37 from Domestic Bank and the Rhode Island State Employees Credit Union by depositing stolen and altered checks into accounts at Domestic Bank and the Rhode Island State Employees Credit Union.

**Manner and Means**

6. On or about February 2, 2001, defendant FRANKLIN LORA and another individual opened bank account # 900018226 at the Rhode Island State Employees Credit Union in the name of E & F Auto Sales & Services. LORA was one of the signatories on the account, and was listed as the owner of E & F Auto Sales & Service.

7. On or about March 12, 2002, defendant FRANKLIN LORA knowingly endorsed the back of a stolen United States Treasury check and deposited it into account # 900018226 at the Rhode Island State Employees Credit Union, that is, check # 2304-50573355 payable to Charles & Necilia D. Montrevil in the amount of $5,382.45.

8. On or about April 1, 2003, defendant FRANKLIN LORA went to Domestic Bank with another individual ("Account Holder") for the purpose of having the Account Holder open bank accounts at

Domestic Bank in Cranston, Rhode Island. On that date the Account Holder opened an account in her individual name, account # 500157 in the name Aimsleys Flowers, and account # 500165 in the name M & R Shipping.

9. On or about April 8, 2003, defendant FRANKLIN LORA knowingly deposited a stolen United States Treasury check into account # 500157 at Domestic Bank, that is, check # 2305-22522876 payable to Robert Kim in the amount of $2,072.78.

10. On or about June 30, 2003, defendant FRANKLIN LORA knowingly deposited an altered check into account # 500165 at Domestic Bank, that is check # 119976 drawn on the account of CPG-Pepsi Bottlers, Inc. payable to Air Liquide America L.P. in the amount of $60,926.59, which said check was altered to read as payable to M & R Shipping.

11. On or about June 10, 2003, defendant FRANKLIN LORA opened bank account # 3135389 at Domestic Bank.

12. On or about July 8, 2003, defendant FRANKLIN LORA knowingly endorsed the back of an altered check and deposited it into account # 3135389 at Domestic Bank, that is check # 0010162 drawn on the account of Alliance Wire and Cable, Ltd. payable to Coleman Cable Corp. in the amount of $11,863.55, which said check was altered to read as payable to Angela M. Conkling & Kristin Deprospero.

**Execution of the Scheme**

13. Between on or about March 12, 2002, and July 8, 2003, in the District of Rhode Island, the defendant, FRANKLIN LORA, did knowingly and intentionally execute and attempt to execute the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds owned and under the custody and control of Domestic Bank and the Rhode Island State Employees Credit Union, by depositing four checks, which were stolen or altered, having a total value of $80,245.37, into bank accounts located at Domestic Bank and the Rhode Island State Employees Credit Union.

All in violation of Title 18, United States Code, Section 1344.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
ANDREW J. REICH
Assistant U.S. Attorney

[signature: Kenneth P. Madden] FAUSA
for GERARD B. SULLIVAN
Chief, Criminal Division

DATE: March 27, 2006