O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
FRANKLIN LORA

WAIVER OF INDICTMENT

CR 06 43 T

CASE NUMBER:

I, FRANKLIN LORA, the above named defendant, who is accused of bank fraud in violation of 18 U.S.C. 1344

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/30/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FRANKLIN LORA [signature]
Defendant

RICHARD CORLEY, ESQ. [signature]
Counsel for Defendant

Before [signature]
Judicial Officer USMJ