# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

U.S. v. Franklin Lora Docket Number: CR06-0043-01T

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL SERVICES RELEASE**

Comes now Brian Pletcher, Senior U.S. Probation Officer, presenting an official report upon the conduct of defendant Franklin Lora who was placed under pretrial release supervision on March 9, 2006, with the following conditions of release by the Honorable Lincoln D. Almond, United States Magistrate Judge.

Please see the attached Memorandum.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Please see the attached Memorandum.

**PRAYING THAT THE COURT WILL ORDER** the issuance of an Arrest Warrant for the defendant to be brought before the Court for a Bail Violation Hearing.

ORDER OF THE COURT

Considered and ordered this 19th day of June, 2006 and ordered filed and made a part of the records in the above case.

Ernest C. Torres

The Honorable Ernest C. Torres
Chief U.S. District Judge

Date ______________________

RESPECTFULLY SUBMITTED,

Brian Plet

Brian Pletcher
Senior U.S. Probation Officer

Date 6/19/06