# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:06-mj-01236-DAB-ALL

Case title: USA v. Lora

Date Filed: 06/28/2006

---

Assigned to: Magistrate Judge David A. Baker

**Defendant**

**Franklin Lora** (1)
*TERMINATED: 06/23/2006*

represented by **Donald R. West**
Federal Public Defender's Office
Regions Bank Bldg., Suite 300
201 South Orange Avenue
Orlando, FL 32801
407/648-6338
Fax: 407/648-6095
Email: don_west@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

18: USC 3143(a)(2)(B) Violations of Conditions of Release

---

**Plaintiff**

**USA**

represented by **Bruce S. Ambrose**
U.S. Attorney's Office

501 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Email: bruce.ambrose@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2006 | 1 | Arrest - Rule 5(c)(2) of Franklin Lora from District of Rhode Island on charges of Violations of Pretrial Release (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 2 | Minute Entry for proceedings held before Judge David A. Baker :Initial Appearance in Rule 5(c)(3) Proceedings as to Franklin Lora held on 6/23/2006 (Tape # 2006-25:2918-3082) (Attachments: # 1 Warrant # 2 Pretrial Petition from District of Rhode Island) (HSL, ) Modified on 6/28/2006 (HSL, ). (Entered: 06/28/2006) |
| 06/23/2006 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Franklin Lora. Signed by Judge David A. Baker on 6/23/06. (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 5 | ORDER of removal pursuant to rule 5(c)(2) to District of Rhode Island as to Franklin Lora. Signed by Judge David A. Baker on 6/23/06. (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 6 | COMMITMENT to another district as to Franklin Lora. Defendant committed to District of Rhode Island. Signed by Judge David A. Baker on 6/23/06. (HSL, ) (Entered: 06/28/2006) |
| 06/29/2006 | 7 | TRANSFER Rule(5)(c)(3) to District of Rhode Island as to Franklin Lora (HSL, ) (Entered: 06/29/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/05/2006 13:56:42 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:06-mj-01236-DAB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs- Case No. 06-1236-01

FRANKLIN LORA

AUSA: Bruce S. Ambrose
Defense Atty.: Don West

| | | | |
|---|---|---|---|
| JUDGE | **David A. Baker** United States Magistrate Judge | DATE AND TIME | **June 23, 2006** 3:55-4:00 |
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2006-25:2918-3082 |
| INTERPRETER | None | PRETRIAL: | Glen Hendrickson |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C
## FROM THE DISTRICT OF RHODE ISLAND

### DEFENDANT WAS ARRESTED TODAY

(2918) Case called, appearances taken
(2959) Court advises defendant of rights and charges
(3002) Defendant requested court appointed counsel; Court appoints FPD
(3023) Government seeks detention of the defendant
(3029) Defendant requests detention hearing in the charging district
(3050) Court to enter order of removal to the charging district and allow the detention hearing to held there

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs- Case No. 06-1236-01

FRANKLIN LORA

---

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
United States Probation Office
Asst. Federal Public Defender
Pretrial Services Office

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs- **Case No. 06-1236-01**

**FRANKLIN LORA**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**FRANKLIN LORA**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, ~~and of the provisions of Rule 20~~, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Violation of Conditions of Pretrial Release from District of Rhode Island was held on June 23, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **FRANKLIN LORA** is the person named in the warrant for arrest, a copy of which has been produced.

No detention hearing has been held because the defendant elects to have the detention hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **FRANKLIN LORA** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 23d day of June, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Middle District of Florida

UNITED STATES OF AMERICA
V.

FRANKLIN LORA

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:06-CR-00043-T-LDA | 06-1236-01 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify) Pretrial Petition

charging a violation of 18 U.S.C. § 3143(a)(2)(B)

**DISTRICT OF OFFENSE**
District of Rhode Island

**DESCRIPTION OF CHARGES:**

Violation of Pretrial Release conditions

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 23, 2006
Date

United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

COPIES MAILED
ON 6-26 20 06
BY
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

**UNITED STATES OF AMERICA**

-vs- **Case No. 06-1236-01**

**FRANKLIN LORA**

---

DATE: June 29, 2006

**Your Case No.:** **1:06-CR-43-T-LDA**

TO: United States District Court
District of Rhode Island
Two Exchange Terrace
Providence, RI 02903

FROM: Helyn S. LaTorre, Courtroom Deputy for
David A. Baker, United States Magistrate Judge
(407) 835-4294
George C. Young U.S. Courthouse and Federal Building
80 North Hughey Avenue
Orlando, Florida 32801

SUBJECT: Rule 5c Proceedings

The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE: JUNE 23, 2006

RELEASE/DETENTION: The Defendant was ordered detained and removed to the charging district, with detention hearing to be held in the charging district.

SCHEDULED HEARING: Upon notice by the charging district.

CHARGING DOCUMENT: Petition for Violation of Pretrial Release

Enclosures