

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

## MEMORANDUM

**RECEIVED**

JUL 03 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES OF AMERICA**

-vs-

Case No. 06-1236-01

**FRANKLIN LORA**

---

DATE:          June 29, 2006

   Your Case No.:      1:06-CR-43-T-LDA

TO:            United States District Court
               District of Rhode Island
               Two Exchange Terrace
               Providence, RI 02903

FROM:          Helyn S. LaTorre, Courtroom Deputy for
               David A. Baker, United States Magistrate Judge
               (407) 835-4294
               George C. Young U.S. Courthouse and Federal Building
               80 North Hughey Avenue
               Orlando, Florida 32801

SUBJECT:       Rule 5c Proceedings

   The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE:     JUNE 23, 2006

RELEASE/DETENTION:      The Defendant was ordered detained and removed to the charging district, with detention hearing to be held in the charging district.

SCHEDULED HEARING:      Upon notice by the charging district.

CHARGING DOCUMENT:      Petition for Violation of Pretrial Release

Enclosures

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:06-mj-01236-DAB-ALL
### Internal Use Only

Case title: USA v. Lora                                Date Filed: 06/28/2006

**RECEIVED JUL 03 2006**
*Property of U.S. District Court District of Rhode Island*

Assigned to: Magistrate Judge David A. Baker

**Defendant**

Franklin Lora (1)                     represented by   Donald R. West
*TERMINATED: 06/23/2006*                               Federal Public Defender's Office
                                                       Regions Bank Bldg., Suite 300
                                                       201 South Orange Avenue
                                                       Orlando, FL 32801
                                                       407/648-6338
                                                       Fax: 407/648-6095
                                                       Email: don_west@fd.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       Designation: Public Defender or Community
                                                       Defender Appointment

**Pending Counts**                     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                         **Disposition**

18: USC 3143(a)(2)(B) Violations of
Conditions of Release

*I certify the foregoing to be a true and correct copy of the original. SHERYL LOESCH, Clerk United States District Court Middle District of Florida By: ____ Deputy Clerk*

**Plaintiff**

USA                                    represented by   Bruce S. Ambrose
                                                        U.S. Attorney's Office
                                                        501 W. Church St., Suite 300
                                                        Orlando, FL 32805
                                                        407/648-7500
                                                        Email: bruce.ambrose@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        Designation: Public Defender or Community

*Defender Appointment*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2006 | 1 | Arrest - Rule 5(c)(2) of Franklin Lora from District of Rhode Island on charges of Violations of Pretrial Release (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 2 | Minute Entry for proceedings held before Judge David A. Baker :Initial Appearance in Rule 5(c)(3) Proceedings as to Franklin Lora held on 6/23/2006 (Tape # 2006-25:2918-3082) (Attachments: # 1 Warrant # 2 Pretrial Petition from District of Rhode Island) (HSL, ) Modified on 6/28/2006 (HSL, ). (Entered: 06/28/2006) |
| 06/23/2006 | 3 | ***CJA 23 financial affidavit by Franklin Lora (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Franklin Lora. Signed by Judge David A. Baker on 6/23/06. (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 5 | ORDER of removal pursuant to rule 5(c)(2) to District of Rhode Island as to Franklin Lora. Signed by Judge David A. Baker on 6/23/06. (HSL, ) (Entered: 06/28/2006) |
| 06/23/2006 | 6 | COMMITMENT to another district as to Franklin Lora. Defendant committed to District of Rhode Island. Signed by Judge David A. Baker on 6/23/06. (HSL, ) (Entered: 06/28/2006) |
| 06/29/2006 | 7 | TRANSFER Rule(5)(c)(3) to District of Rhode Island as to Franklin Lora (HSL, ) (Entered: 06/29/2006) |

# UNITED STATES DISTRICT COURT

Middle District of Florida

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| FRANKLIN LORA | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:06-CR-00043-T-LDA | 06-1236-01 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☐ Complaint    X Other (specify)   Pretrial Petition

charging a violation of    18    U.S.C. §   3143(a)(2)(B)

**DISTRICT OF OFFENSE**
District of Rhode Island

**DESCRIPTION OF CHARGES:**

Violation of Pretrial Release conditions

**CURRENT BOND STATUS:**
☐ Bail fixed at                       and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None
**Interpreter Required?**   X No    ☐ Yes    Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 23, 2006
Date                                    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

COPIES MAILED
ON 10-26 20 06
BY
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                  Case No. 06-1236-01

FRANKLIN LORA
_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**FRANKLIN LORA**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, ~~and of the provisions of Rule 20~~, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Violation of Conditions of Pretrial Release from District of Rhode Island was held on June 23, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **FRANKLIN LORA** is the person named in the warrant for arrest, a copy of which has been produced.

No detention hearing has been held because the defendant elects to have the detention hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **FRANKLIN LORA** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 23d day of June, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                       Case No. 06-1236-01

**FRANKLIN LORA**

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2006.

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
United States Probation Office
Asst. Federal Public Defender
Pretrial Services Office

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | FOR _____ VS. _____ AT _____ |

**LOCATION NUMBER:** 

PERSON REPRESENTED (Show your full name): **Lora, Franklin  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**

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 06-1236-01
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☒ Am Self Employed
Name and address of employer: **Car Sales**
IF YES, how much do you earn per month? $ **900.00**
IF NO, give month and year of last employment. How much did you earn per month $ _____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month $ **600.00**
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE    DESCRIPTION
IF YES, GIVE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: **4**

List persons you actually support and your relationship to them:
13 Boy
11 Boy
18 Girl
8 Boy

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $ 2200.00 |
| | Utilities | $ | $ 500.00 |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X _[signature]_    **6-23-06**

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                        Case No. 06-1236-01

FRANKLIN LORA

AUSA: Bruce S. Ambrose
Defense Atty.: Don West

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | June 23, 2006<br>3:55-4:00 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | 2006-25:2918-3082 |
| INTERPRETER | None | PRETRIAL: | Glen Hendrickson |

## CLERK'S MINUTES
### INITIAL APPEARANCE ON RULE 5C
### FROM THE DISTRICT OF RHODE ISLAND

**DEFENDANT WAS ARRESTED TODAY**

(2918) Case called, appearances taken
(2959) Court advises defendant of rights and charges
(3002) Defendant requested court appointed counsel; Court appoints FPD
(3023) Government seeks detention of the defendant
(3029) Defendant requests detention hearing in the charging district
(3050) Court to enter order of removal to the charging district and allow the detention hearing to held there

AO 442 (Rev. 5/93) Warrant for Arrest

06-mj-1236

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA

v.

FRANKLIN LORA

**WARRANT FOR ARREST**

CASE NUMBER: 1:06-CR-00043-T-LDA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **FRANKLIN LORA**
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Conditions of Release

in violation of
Title __18__ United States Code, Section(s) __3143(a)(2)(B)__

Ryan H. Jackson                           Deputy Clerk
Name of Issuing Officer                   Title of Issuing Officer

_[signature]_                             June 19, 2006
Signature of Issuing Officer              Date and Location

Bail fixed at
$ _____ by _____
                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

ie form was electronically produced by John Etcholls and Richard Jones using Omniform Internet Publisher.

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

U.S. v. Franklin Lora                    Docket Number: CR06-0043-01T

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL SERVICES RELEASE

Comes now Brian Pletcher, Senior U.S. Probation Officer, presenting an official report upon the conduct of defendant Franklin Lora who was placed under pretrial release supervision on March 9, 2006, with the following conditions of release by the Honorable Lincoln D. Almond, United States Magistrate Judge.

Please see the attached Memorandum.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Please see the attached Memorandum.

**PRAYING THAT THE COURT WILL ORDER** the issuance of an Arrest Warrant for the defendant to be brought before the Court for a Bail Violation Hearing.

| ORDER OF THE COURT | RESPECTFULLY SUBMITTED, |
|---|---|
| Considered and ordered this 19th day of June, 2006 and ordered filed and made a part of the records in the above case. | /s/ Brian Plt<br>Brian Pletcher<br>Senior U.S. Probation Officer |
| /s/ Ernest C. Torres<br>The Honorable Ernest C. Torres<br>Chief U.S. District Judge | Date 6/19/06 |

Date _____



# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

U.S. v. Franklin Lora                        Docket Number: CR06-0043-01T

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL SERVICES RELEASE**

Comes now Brian Pletcher, Senior U.S. Probation Officer, presenting an official report upon the conduct of defendant Franklin Lora who was placed under pretrial release supervision on March 9, 2006, with the following conditions of release by the Honorable Lincoln D. Almond, United States Magistrate Judge.

Please see the attached Memorandum.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Please see the attached Memorandum.

**PRAYING THAT THE COURT WILL ORDER** the issuance of an Arrest Warrant for the defendant to be brought before the Court for a Bail Violation Hearing.

| ORDER OF THE COURT | RESPECTFULLY SUBMITTED. |
|---|---|
| Considered and ordered this 19th day of June, 2006 and ordered filed and made a part of the records in the above case.<br><br>_Ernest C. Torres_<br>The Honorable Ernest C. Torres<br>Chief U.S. District Judge<br><br>Date _____ | _Brian Plet_<br>Brian Pletcher<br>Senior U.S. Probation Officer<br><br>Date 6/19/06 |

SGA



# UNITED STATES PROBATION OFFICE

## MEMORANDUM

TO: The Honorable Ernest C. Torres
Chief U.S. District Judge

FROM: Brian Pletcher
Senior U.S. Probation Officer

DATE: July 12, 2005

SUBJECT: **LORA, Franklin**
**1:06-CR-0043-01T**
**PRETRIAL SERVICES VIOLATION MEMORANDUM**
**Pursuant to Title 18, United States Code, Section 3154(5)**



---

## PRESENT RELEASE STATUS

On February 26, 2006, the defendant was presented for an initial appearance before the Honorable David L. Martin, United States Magistrate Judge, pursuant to a Criminal Complaint charging him with Bank Fraud, in violation of Title 18, U.S.C., §1344. The defendant was represented by his Court-appointed attorney, Richard K. Corley, Esquire. The Court released the defendant on a $10,000 Full Surety Bond with the following conditions of release:

1. That the defendant report to U.S. Probation/Pretrial Services as instructed.
2. That the defendant maintain residence with his daughter at 11 East Riverside Drive, Dedham, Massachusetts and that he be placed on home confinement with electronic monitoring. Exceptions to the home confinement should be permitted for employment, religious, attorney meetings and medical purposes only.
3. That the defendant surrender his Dominican Republic passport or provide proof that it is in the possession of Immigration officials.
4. That the defendant refrain from the possession of a firearm, destructive device or other dangerous weapon.
5. That the defendant refrain from the excessive use of alcohol and any use or possession of a narcotic drug and any other controlled substance unless prescribed by a physician.
6. That the defendant's travel be restricted to the Districts of Rhode Island and Massachusetts.
7. That the defendant submit to periodic substance abuse testing.
8. That the defendant seek and maintain employment.
9. That the defendant refrain from any and all contact, either via the telephone or in person, with Maria Nunez or her family.

On March 30, 2006, the defendant, along with his attorney, appeared before the Honorable Lincoln D. Almond, U.S. Magistrate Judge, for arraignment. Mr. Lora was charged in a one count Criminal Information with Bank Fraud. The defendant was continued on bail pending further proceedings. Subsequently, On May 17, 2006, the defendant appeared before the Honorable Ernest C. Torres, Chief U.S. District Judge, for a change of plea hearing and entered a plea of guilty to the one count Information. Per request of the government, the conditions of release were modified removing the condition for home confinement with electronic monitoring.

## RESPONSE TO SUPERVISION/APPARENT VIOLATION

Since his release, Mr. Lora has been under the supervision of the U.S. Pretrial Services Department in the District of Massachusetts. On May 9, 2006, Supervising U.S. Probation Officer Maureen Bradley met with Mr. Lora to officially commence his supervision. During the meeting, the defendant's release conditions, including the mandatory condition that he not commit another Federal, State, or local crime and refrain from any and all contact with Maria Nunez, were reviewed and explained. Mr. Lora stated that he understood the conditions and the consequences of noncompliance were addressed.

On Saturday, June 17, 2006, at approximately 7:45 PM, C.J. Wyant, Supervisory Deputy U.S. Marshal called Officer Brian Pletcher and advised that on Friday, June 16, 2006, at approximately 11:00PM, the defendant abducted his ex-girlfriend, Maria Nunez, and beat, raped and choked her over a six hour period ending on Saturday morning, June, 17, 2006, at 5:00AM. He advised that Ms. Nunez was currently being interviewed by Special Agent Craig Marech of the U.S. Secret Service. Officer Pletcher contacted Agent Marech who verified the events of June 16, 2006, and advised that he was transporting Ms. Nunez to Rhode Island Hospital for a medical examination and treatment. Subsequent examination revealed that Ms. Nunez sustained severe bruising over her body and that there was evidence of choking and possible rape. On Saturday, June 17, 2006, at 8:53PM, Officer Pletcher contacted U.S. Magistrate Judge Lincoln D. Almond and provided details of the incident and advised that there appeared to be sufficient probable cause to support revocation of bail. Based on the foregoing, Judge Almond verbally authorized the apprehension and detention of Franklin Lora pending a bail revocation hearing.

Since his release, Mr. Lora resided with his daughter, Jilhanna Lora, at 11 East Riverside Drive, Dedham, Massachusetts. The defendant is employed at Espaillat Motors, Providence, Rhode Island. Prior to this incident, the defendant was under pretrial services supervision in the District of Massachusetts and they reported that he had complied with his conditions of release.

3

## TITLE 18, UNITED STATES CODE, SECTION 3154(5)

Pursuant to Title 18, United States Code, Section 3154(5), the government was immediately advised of the defendant's alleged violation of his release conditions. Assistant United States Attorney Andrew Reich has been advised regarding the defendant's alleged violations. Further, Richard K. Corley,, has been informed of the alleged violation and recommendation contained in this petition.

Respectfully submitted,

Brian Pletcher
Senior U. S. Probation Officer
Date: 06/19/06

Reviewed and Approved By:

Maureen Bradley
Supervising United States Probation Officer
Date: 06/19/06

BP/bp

ATTACHMENTS:

1. Pretrial Services Report, dated February 23, 2006.

2. Addendum to the Pretrial Services Report, dated March 1, 2006.

3. Status Report to the Court, dated May 15, 2006.

4. Two Memorandums of Interview - U.S. Secret Service, both dated June 18, 2006.

cc: Andrew Reich, Esquire
    Assistant United States Attorney

    Richard K. Corley, Esquire
    Defense Counsel

4

## U.S. vs. Franklin Lora
## 1:06-CR-0043-01T

**RECOMMENDATION**

The alleged violation charges the defendant with abducting and assaulting a witness in his pending case who he was specifically prohibited from contacting. The severity of this alleged offense indicates that he is a danger to the community and that no conditions or combination of conditions will reasonable assure his appearance at future hearings or the safety of the community. As such, we recommend revocation of bail and immediate detention.

Respectfully submitted,

*[signature]*

Brian Pletcher
Senior U.S. Probation Officer
Date: 06/19/06

Reviewed and Approved By:

*[signature]*

Maureen Bradley
Supervising U.S. Probation Officer
Date: 06/19/06

BP/bp

Memorandum of Interview

6/18/06

On Saturday, June 17, 2006, SA John Petricig and I responded to the residence of Maria M. Nunez, 29 Bancroft Street, 1st floor, Providence, RI. Maria M. Nunez, ███████████████████, after being advised of the nature of the interview she agreed to be interviewed.

Maria Nunez stated that on Friday, June 16, 2006 at approximately 11PM Franklin Lora and one of his friends pulled up to her residence, 29 Bancroft Street, Providence, RI, in a dark colored Ford Explorer.

Nunez detailed that prior to 11PM Franklin Lora and his friend were chasing Nunez and her friend Jose LNU (phone 401-580-5879) in a car. Nunez stated that during the chase Lora's vehicle struck Jose's car. Nunez further detailed that after the incident with the cars Jose dropped Nunez off in front of her residence.

Nunez stated that after she was dropped off by Jose, Lora showed up to her residence with the Ford Explorer and forced her into the SUV. Nunez detailed that Lora drove her to a different place, which was secluded, around Valley Street. Nunez detailed that Lora started to choke her and Lora stated he was going to kill her and beat her up. Nunez stated that she was held by Lora for approximately six (6) hours. Nunez detailed that Lora drove her back to her residence at approximately 6AM on Saturday, June 17, 2006. Nunez stated that while in the car Lora was grabbing and squeezing her.

Nunez stated that she believed Lora was going to kill her. Nunez detailed that she begged Lora to let her go. Nunez stated that Lora made her swear not to call the police.

According to Nunez her friend Jose called the Providence Police when the incident first happened. Nunez stated that the Police responded to her residence.

Nunez stated she was afraid of Lora and she felt that her kids and family were not safe.

A visual observation of Nunez revealed scrapes and bruising on her neck. Nunez appeared to be uncomfortable; she was holding her neck and stomach. Nunez also showed SA Petricig and me a deep cut and bruise on her hip which she stated occurred when Lora pulled her into the car.

At this point SA Petricig and I transported Nunez and her sister in-law to the Cranston Medical Center, Reservoir Ave, Cranston, RI.


SA Craig A. Marech                    SA John E. Petricig
United States Secret Service          United States Secret Service
Providence Resident Office            Providence Resident Office