**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR-06-43T**

**FRANKLIN LORA**

**<u>MOTION TO ISSUE WITNESS SUBPEONAS FOR SENTENCING HEARING AT THE GOVERNMENT'S EXPENSE</u>**

The Defendant Franklin Lora is scheduled for sentencing on January 9, 2007, at 10:00 a.m. The Government is seeking an upward departure and is planning on requesting an evidentiary to justify the departure. The Defendant seeks an Order to subpoena the following witnesses at the Government's expense to present his defense at the sentencing.

1. Providence Police Department—Investigating Officers
    a. Detective John Mellor
    b. Sergeant Dennis O'Brien
    c. Patrolman Chris Poncia
2. Department of Health—Analyst, Forensic Biologist—Rape Kit Report
    a. Barbara Serabian
3. Victor Fernandez, 29 Bancroft Street, Providence, RI—Lay Witness

The Defendant moves for an Order to subpoena the witnesses and have the Federal Marshals serve the subpoenas due to his indigency. In the alternative, the Defendant is seeking the Government to have the witnesses voluntarily appear at the sentencing hearing.

Dated: December 14, 2006

**Respectfully Submitted,**

By His Attorneys,

_______/s/_________________

Richard K. Corley, (#2965)
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2006, the foregoing Motion to Issue Witness Subpoenas for Sentencing Hearing at the Government's Expense was e-filed to

Andrew Reich
Assistant U.S. Attorney

__________/s/___________________
Richard K. Corley