**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 06-43T** |
| | : | |
| **FRANKLIN LORA** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ISSUE WITNESS SUBPOENAS FOR SENTENCING HEARING AT THE GOVERNMENT'S EXPENSE**

The United States of America, by and through its undersigned attorneys, respectfully submits this Response to defendant's Motion to Issue Witness Subpoenas for Sentencing Hearing at the Government's Expenses.

Richard Corley, Esq., the defendant's attorney, is a court-appointed CJA attorney. As such, it is not necessary for him to file this Motion in order to issue subpoenas at government expense.

Defendant also seeks, in the alternative, to have the government require witnesses to "voluntarily" appear at the sentencing hearing. The government objects to this request, since the defendant has the capacity to require the attendance of witnesses through subpoena, and

moreover, government cannot require someone to "voluntarily" appear at a hearing.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: andrew.reich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2006, I caused the within Government's Response to Defendant's Motion to Issue Witness Subpoena for Sentencing Hearing at the Government's Expense to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

Richard Corley, Esq.
127 Dorrance St.
Providence, RI 02903

/s/Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney