# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

FRANKLIN LORA

DEC 2 1 2006

## SUBPOENA

CASE NUMBER: CR-06-43T

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL ☒ CRIMINAL | ☒ PERSON ☐ DOCUMENT(S) or OBJECT(S) |

TO:

Victor Fernandez
29 Bancroft Street
Providence, RI
P

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Federal District Court<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 | JUDGE TORRES<br>DATE AND TIME<br>JAN 9, 2007 10:00AM |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] | 12/21/06 |

This subpoena is issued upon application of the:

☐ Plaintiff ☒ Defendant ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

Richard K. Corley, Esq.
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
861-2100

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

AO 89 (Rev. 3/90) Subpoena

## RETURN OF SERVICE(1)

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS(2)<br>☐ YES ☐ NO AMOUNT $ ________ |
| SERVED BY (PRINT NAME) | TITLE |

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
*Date* *Signature of Server*

____________________
*Address of Server*

ADDITIONAL INFORMATION

NO SUCH PERSON AT THIS ADDRESS - MELLISA FRIEDRICK. C. MOORE 12/27/06 11:24 AM

FILED
2006 DEC 28 P 1:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".