# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

FRANKLIN LORA

DEC 21 2006

## SUBPOENA

CASE NUMBER: CR-06-43T

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☐ CIVIL | ☒ CRIMINAL | ☒ PERSON | ☐ DOCUMENT(S) or OBJECT(S) |

TO:

Victor Fernandez
29 Bancroft Street
Providence, RI
P

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Federal District Court<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 | JUDGE TORRES |
| | DATE AND TIME<br>JAN 9, 2007 10:00AM |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| | 12/21/06 |
| (BY) DEPUTY CLERK [signature] | |

This subpoena is issued upon application of the:

☐ Plaintiff ☒ Defendant ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

Richard K. Corley, Esq. 861-2100
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

AO 89 (Rev. 3/90) Subpoena

## RETURN OF SERVICE[1]

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS(2)<br>☐ YES ☐ NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME) | TITLE |

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER (2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________
*Date*

______________
*Signature of Server*

______________
*Address of Server*

ADDITIONAL INFORMATION

NO SUCH PERSON AT THIS ADDRESS - MELISA FRIEDRICK. C. MOORE 12/27/06 11:24 AM

FILED
2006 DEC 28 P 1:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

FRANKLIN LORA

DEC 2 1 2006

RHODE IS...

## SUBPOENA

CASE NUMBER: CR-06-43T

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☐ CIVIL | ☒ CRIMINAL | ☒ PERSON | ☐ DOCUMENT(S) or OBJECT(S) |

TO:
Detective John Mellor
Providence Police Department
Special Victims Bureau
325 Washington Street
Providence, RI 02903

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Federal District Court<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 | Judge Torres<br>**DATE AND TIME**<br>January 9, 2007 @ 10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] JN | 12/21/06 |

| This subpoena is issued upon application of the: | QUESTIONS MAY BE ADDRESSED TO: |
|---|---|
| ☐ Plaintiff ☒ Defendant ☐ U.S. Attorney | Richard K. Corley, Esq.<br>Corley Taveras, LLP<br>127 Dorrance Street, 2nd Floor<br>Providence, RI 02903<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

*If not applicable, enter "none".

AO 89 (Rev. 3/90) Subpoena

## RETURN OF SERVICE(1)

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12/27/06 | 2 EXCHANGE TERR PROV. RI |
| SERVED | 12/27/06 | 325 WASHINGTON ST. PROV. RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS(2) |
|---|---|
| LISA DI FOLCO - HUMAN SERVICES | ☐ YES ☐ NO AMOUNT $ ______ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| CLIFTON A MOORE JR | CI-DUSM |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/06
*Date*

C A Moore Jr
*Signature of Server*

2 EXCHANGE TERR PROV. RI
*Address of Server*

ADDITIONAL INFORMATION

12-27-06

FILED
2006 DEC 28 P 1:06
DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

FRANKLIN LORA

DEC 2? 2006

**SUBPOENA**

CASE NUMBER: CR-06-43T

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☐ CIVIL | ☒ CRIMINAL | ☒ PERSON | ☐ DOCUMENT(S) or OBJECT(S) |

TO:

Sergeant Dennis O'Brien
Providence Police Department
Speical Victims Bureau
325 Washington Street
Providence, RI 02903

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Federal District Court<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 | Judge Torres |
| | DATE AND TIME<br>January 9, 2007 @ 10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] JW | 12/21/06 |

| This subpoena is issued upon application of the: | QUESTIONS MAY BE ADDRESSED TO: |
|---|---|
| ☐ Plaintiff ☒ Defendant ☐ U.S. Attorney | Richard K. Corley, Esq.<br>Corley Taveras, Esq.<br>127 Dorrance Street, 2nd Floor<br>Providence, RI 02903<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

*If not applicable, enter "none".

AO 89 (Rev. 3/90) Subpoena

## RETURN OF SERVICE(1)

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 12/27/06 | PLACE 2 EXCHANGE PLACE PROV. R.I |
| SERVED | DATE 12/27/06 | PLACE 328 WASHINGTON ST. PROV. R.I |

| | |
|---|---|
| SERVED ON (PRINT NAME) LISA DIFOLCO - HUMAN SERVICES | FEES AND MILEAGE TENDERED TO WITNESS(2) ☐ YES ☐ NO AMOUNT $________ |
| SERVED BY (PRINT NAME) CLIFTON A MOORE JR | TITLE CI-DUSM |

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER (2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/06
Date

C.A. Moore Jr
Signature of Server

2 EXCHANGE TERR PROV. R.I
Address of Server

ADDITIONAL INFORMATION

12-27-86

FILED
2006 DEC 28 P 1:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.
FRANKLIN LORA

SUBPOENA DEC 2 1 2006

CASE NUMBER: CR-06-43T

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL ☒ CRIMINAL | ☒ PERSON ☐ DOCUMENT(S) or OBJECT(S) |

TO:

Patrolman Chris Poncia
Providence Police Department
325 Washington Street
Providence, RI 02903

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Federal District Court<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 | Judge Torres<br>DATE AND TIME<br>January 9, 2007 @ 10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>[signature] JW | 12/21/06 |

This subpoena is issued upon application of the:

☐ Plaintiff ☒ Defendant ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

Richard K. Corley, Esq.
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

AO 89 (Rev. 3/90) Subpoena

## RETURN OF SERVICE[1]

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12/27/06 | 2 EXCHANGE PLACE PROV. RI |
| SERVED | 12/27/06 | 325 WASHINGTON St. PROV. RI |

| | |
|---|---|
| SERVED ON (PRINT NAME) LISA DI FOLCO - HUMAN SERVICES | FEES AND MILEAGE TENDERED TO WITNESS(2) ☐ YES ☐ NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME) CLIFTON A MOORE JR | TITLE CI-DUSM |

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/06
*Date*

C.A Moore
*Signature of Server*

2 EXCHANGE TERR PROV. RI
*Address of Server*

ADDITIONAL INFORMATION

12-27-86

FILED
2006 DEC 28 P 1:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

FRANKLIN LORA

**SUBPOENA** DEC 21 2006

CASE NUMBER: CR-06-43T

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☐ CIVIL | ☒ CRIMINAL | ☒ PERSON | ☐ DOCUMENT(S) or OBJECT(S) |

TO:
Barbara Serabian
Analyst, Forensic Biology
Rhode Island Department of Health
Forensic Sciences
50 Orms Street
Providence, RI 02904

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Federal District Court<br>One Exchange Terrace<br>Federal Building & Courthouse<br>Providence, RI 02903 | Judge Torres<br>DATE AND TIME<br>January 9, 2007 @ 10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

The Summary of Analytical Findings (FB #06-2839) dated August 30, 2006.

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] JW | 12/21/06 |

| This subpoena is issued upon application of the: | QUESTIONS MAY BE ADDRESSED TO: |
|---|---|
| ☐ Plaintiff ☒ Defendant ☐ U.S. Attorney | Richard K. Corley, Esq.<br>Corley Taveras, LLP<br>127 Dorrance Street, 2nd Floor<br>Providence, RI 02903<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

*If not applicable, enter "none".

AO 89 (Rev. 3/90) Subpoena

## RETURN OF SERVICE(1)

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 12/27/06 | 2 EXCHANGE TERR PROV. R.I |
| SERVED | 12/27/06 | 50 ORMS ST. PROV. R.I |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS(2) |
|---|---|
| KAREN LYNCH - PRINCIPLE FORENSIC SCIENTIST. | ☐ YES ☐ NO AMOUNT $ ______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| CLIFTON A MOORE JR | CI-DUSM |

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER (2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/27/06
Date

C.A Moore
Signature of Server

2 EXCHANGE TERR PROV. R.I
Address of Server

ADDITIONAL INFORMATION

Received for B. Sonalian
by Karen M Lynch
Principal Forensic Scientist
12/27/2006 ~ 10:25am

FILED
2006 DEC 28 P 1:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".