**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **1:06-CR-043-01T** |
| | : | |
| **FRANKLIN LORA** | : | |

**MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant moves that this Sentencing Memorandum be sealed until further order of the court for reasons that the documents may disclose factors relating to an alleged sexual assault.

Respectfully submitted,

FRANKLIN LORA

By his attorney,

DENIED
Ernest C. Torres
Chief, US District Judge
1/9/07

/s/
Richard K. Corley, Esq. (#2965)
CORLEY TAVERAS LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
401-861-2100 Tel
401-861-2139 Fax

SO ORDERED:

____________________
ERNEST C. TORRES
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATE: ________________

# CERTIFICATION

I Richard K. Corley hereby certify that a true copy of the Defendant's Sentencing Memorandum was sent by electronic notice to AUSA Andrew Reich this 28th day of December 2006.

/s/
Richard K. Corley