AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Franklin Lora

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-43T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Andrew Reich, AUSA | Richard Corley, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/9/07 | Debra Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/9/07 | | | W-1, Maria Nunez |
| 1 | | 1/9/07 | X | FULL | Photograph |
| 2 | | 1/9/07 | X | FULL | Photograph |
| | A | | X | | Statement of Maria Nunez |
| 3 | | 1/9/07 | | FULL | Report - Garden City Treatment Center |
| | | 1/9/07 | | | W-2, Barbara Serabian |
| | B | 1/9/07 | X | FULL | Forensic Report |
| | | 1/9/07 | | | W-3, Dennis O'Brien |
| | | 1/9/07 | | | W-4, John Mellor |
| | | 1/9/07 | | | W-5, Evelyn Lora |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.